# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENNETH LAQUAN VONTOURE, SR.

VERSUS

TAWNEE MCGEE

NO. 2026 CW 0630

**MAY 14, 2026**

---

In Re:    Tawnee McGee, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          2025-11851.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **STAY DENIED; WRIT DENIED.**  The relief sought by relator appears moot in light of her acknowledgement she was removed from the property on March 25, 2026.

PMc
TPS

    **Greene, J.,** concurs and would deny the stay and the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT